This is a police report. I'm in the area of Baltimore, New York, New York. I represent the company named Teece. We don't care where you come from. I'm the chairman of the team. I'm the chief of management. And I represent the state of New York, New York, New York, New York, New York, New York, New York, New York, New York, New York. The evidence you see here, Your Honor, seems thorough to me. It's not the kind of evidence that goes unnoticed. And the procedural history of this court and the badge and the district court is a matter of record. I would like to step back a little bit and take a look at what we contain. These are not just any adjustments. This is a fine, undersigned warrant. We also have a warrant of attorney's fees. And I've given you the documents, which set the record beginning in June of 2036. The objects you see here, Your Honor, were issued on August 2, 2013. All sponsored clients in South Korea essentially got insurance. And what was happening, Your Honor, was that we were attempting to establish free service among the foreign dependents. And this was attempted to be accomplished late in the year. Just before business as a whole. And that, in sponsor interference and in service was what we were attempting. Now, within three months of this meeting, for reasons that are explained in the record and that I believe are to speak by the magistrates, our duty as a judge is to remain civil for 40 months. And by that time, it seems to be the end of the game. We're not prejudiced. Thereupon, the jurisdiction policies that have been filed by the dependents were, as far as I can tell, not as much as they were supposed to be. I think we are all familiar with how the procedure went around. But I wanted to clarify a potential position on this. Were you fining us entirely foreign clients, or are you suggesting that some dependents were of a traditional nature? No, you're also in the position to say that these should not be any foreign agents. There's three clauses of the Petition, the first. So, Cecil, you've got three civil compensation sentences, 17,000 for foreign clients, and 30,000 for US. That's correct. You're on a $50,000 fee, and all those others were your own. Well, I think I've got some too. I guess what I'm unclear on is what dispersion of California law for clients. And, you know, there has been a long-standing dismissal of a non-extractional claim, and it seems to me that there are many cases going on both sides of that. I think your argument is very fair, Cecil. Do you think there are some cases here all over the province possibly? Well, I think that's a very simply certified question, and that's all that's required. Well, it is a good question, but I think there is somewhat of a clarity in our conscience. There is a poor determination, and that is whether one can be a friendly party to one's condition. Well, I just think this is a very good question, and I'm not sure we're going to make this determination. It does Rhoda, do you disagree? No, Histinger and I don't agree. All I'm seeing is some equity questions and this discretion. None of us it is. As we're indicating, I don't agree. The explanation and the policy decision making has been boring and maturist. Well, if one has the intention to seek to detect any infringement of their own human rights, what's the problem if you refuse to know who you are in question? What's the actual question? Who was the permanent party? And how do we treat their questions? I thought I was hearing emphasis. Your Honor, the law in this case is not unclear. In order to be a permanent party, the fundamental legal positions of the parties has to have been altered by, let's put it this way, the court of arbitration or the court. And it is unspeakable here that the fundamental legal position between the parties was not immediately changed. This indicates, at least and foremost, that the reality of the objectives of the mere invention of the California case in the courts of New Zealand has been a question to also yourself. And it is a decision. How do you square down with the New Zealand or California case? Do you assume that it's the same case? Your Honor, the subject of this case is a private question. It's a private question. It's a private question. It talks about the meaning of having a party and whether a person can relate or possibly have a communication against themselves in a voluntary dismissal. Well, I don't believe that there is a square with the New Zealand case. And while there are some cases that are talked about, if there are non-contract claims, the propelling party may be dissociated under certain circumstances and called in for dismissal. But the case of other cases that were cited by the court or were actually brought in by a voluntary dismissal, Well, before you go on to the involuntary dismissal, I would have to conclude that there should primarily be the same concepts, the same wording, the same language, the same society. Yeah. We conclude that the involuntary breach of health decisions or dismissals in civil concessions of 17 bars or covering of a jury dismissal court has been a contract clause. But the invalid or civil concession 1717 or the old decision was recovery of a jury's fees incurred in pending torn or other non-contract claims. Whether a jury's fees incurred in pending torn or other non-contract claims over time, or under a free trial dismissal, the juries account in terms of a contractual attorney's information, which, in our case, I believe, may tend to be more robust than other agreements. Let's see what it says. I don't know if it's up there. Let's see if you can find it. I'll just write this down. This is George. He hasn't been here. This is David. I don't know if you can get him. This is Walter. There is a case in which we have a more robust type of agreement which applies to the following. We have a pending party. Well, this is David. This is David. I'm sorry, David. This is Walter. Several. The collective owning of the jury's fees, the existing corporation's law, shall require a change in the system in which the federal courts do declare a needs-to-be-prevented party. The main purpose of the ultimate goal here, which is to dismiss all of the action, is to be sufficient to declare the needs-to-be-prevented party. There are other motions. I think there's three. There's an option case, an issue case, and another case to make clear the structure of the statute. This is by the adversaries. I'm seeing on 1032 and 1033. There is a need-to-be-prevented party determination. Now, this is true. As Walter said, the need-to-be-prevented party determination is required under the California law. In the federal court, we would not grant attorney's fees because we would not declare an attorney for one of the motions. As you can see, that's something that was supposed to be restricted to one of the two conditions of an attorney. It's just we didn't know. It seems that the relative positions of the parties in the rest of the cases, but as I understand it in the California law, it was different. In California, we're seeing a very airy and diverse thing. And I'm thinking, before you talk to the court about party, in California law, I think this is a substantive rule. Overall, it was regarded to be one of the major instances of a substantive rule. Well, there are existings that are already being established. If you get a substantive rule, you can do more about that. We should do revision on that. We should revise that. One of the toxins of the ruling in most of the rulings that you're voting is that case change would be adjusted to its attorney's fees. So, to enforce its rights under this ruling, and this is where the analysis of the Supreme Court, along with other boards, falls apart. What happened here was that Dr. Peace called a court decision. But, in effect, it appeared that he thought that he was dismissed as far as the procedural grounds. It is inscrutable that there was no communication or fighting on behalf of the majority of the courts. Moreover, the motion states that in effect, there were fighting. So, there was certainly no fighting directly. And, the case that was actually negated shortly in this process before Judge Walton simply did not involve GFH in any way trying to enforce its rights under this rule. I mean, it was a matter of public hearing. And, in fact, your Honor, they did seek to enforce their rights, operating chamber, arbitration chamber. And, they did seek to enforce their rights in the courts of New Zealand. But, in the Northern District of California, I respectfully speak, they did do such a thing. But, in fact, in California, in July, this $2 million court motion, in the Northern District of California, that you seek as part of your damages, in essence, the declaration that you're fighting to hold the $3 million under this code, plus the other money that you have been induced, according to you, under this Reconstitution, in fraud. So, why couldn't the District Court look at, and I'm referring to the record, it's 86, and paragraph 9.1.3 of the Mar-a-Lago agreement, why couldn't the District Court look at the language that says, in kind of personable request, in addition to the enforcement of forms of reservation of rights, under the Trans-Nationality Constitution. So, that's the only way I can help you, Mr. Prosecutor. Of course, you seek all of these claims, all of these defendancies, who are before the courts, you seek agents, you speak up, and so, what's wrong with this new KFAHC, having the Northern District of California, subverting it, a litigation decision, in New Zealand, by making sure that all the infringer, other than the Federal District Court, and San Francisco, have rights separate at all, and don't interfere with enforcement, and et cetera, et cetera. Your Honor, in the case of the Northern District of California, there was a stage of hearing, and there was an election, and it was discussed for one day, within three months, and, if you look at the complaint itself, and the last paragraph, 223 of the Mar-a-Lago agreement, and I believe it's on the record, page 125, you will see, in paragraph 16, this $3 million transaction, which is the first of the two cases, so, your Honor, it is a very important case, and I'm sorry to interrupt, but your Honor, it is a case of this very important point, because, this was not about this $3 million, it was, it is, it is, it is, it is, it is, it is, it is, it is, a very important part of the history, and challenges, and the other one, and why the case of that would be interesting, how these things operated, and, and, and how these things started moving, in, in the United States, a very, a very aggressive, a very aggressive, a very aggressive, and it was, it was like, it was a complaint, that, that it's not, that it's not a $3 million, because, it has, it has, it has been replaced by a serious,   aging, especially across United States aging,  over the last 2.2 years. over the last 2.2 years. A human being A human being who has who has or may or may remain or may or may remain to the current age to the current age remaining at the same $3 million, remaining at the same $3 million, that he is that he is rational not 39 32 as to as to  to as circus circus serious serious serious serious serious serious serious serious famous million
judges: Graber, Tallman, Rakoff